```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 21758
    CHRISTOPHER L HOBSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9865

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 06/07/2004 and was confirmed 08/04/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

    The case was dismissed after confirmation 02/27/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED           4126.60        910.20       4126.60
TRIAD FINANCIAL            SECURED           5040.00       2607.38       5040.00
TRIAD FINANCIAL            SPECIAL CLASS     6218.07           .00        122.66
AMERITECH CONSUMER         UNSECURED       NOT FILED           .00           .00
AMERITECH                  UNSECURED       NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         971.75            .00        116.61
AMERITECH                  UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED          8270.00          .00        992.40
MONTGOMERY WARDS           UNSECURED       NOT FILED           .00           .00
NISSAN MOTOR ACCEPTANCE    UNSECURED         10611.54          .00       1273.38
PORTFOLIO RECOVERY ASSOC   UNSECURED           873.00          .00        104.76
ERNESTO D BORGES JR        DEBTOR ATTY      1,194.00                     1,194.00
TOM VAUGHN                 TRUSTEE                                         942.01
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              17,430.00

PRIORITY                                             .00
SECURED                                         9,166.60
    INTEREST                                    3,517.58
UNSECURED                                       2,609.81
ADMINISTRATIVE                                  1,194.00
TRUSTEE COMPENSATION                              942.01
DEBTOR REFUND                                        .00
                    ---------------        ---------------
TOTALS               17,430.00                 17,430.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 21758 CHRISTOPHER L HOBSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 21758 CHRISTOPHER L HOBSON